RECEIVED
SDC, WESTERN DISTRICT OF
TONY R. MOORE, CLERK
7/2/15
YT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERRICK DEWAYNE DAVIS (#126965) | DOCKET NO. 1:15-CV-1234; Sec. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the petitioner, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's second and successive petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and <u>In re: Epps</u>, 127 F.3d 364, 365 (5th Cir. 1997), for further proceeding as provided by 28 U.S.C. §2244.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 2nd day of July, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE